UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr1317-WQH |
|---|---|
| Plaintiff, | SECOND AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| AMANAL TIGABU ALI, | |
| Defendant. | |

Based upon the Government's Motion for a Second Amended Order of Criminal Forfeiture and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted as set forth below.

On January 31, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of AMANAL TIGABU ALI ("Defendant") in the following properties, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c):

    a.     Approximately $78,100 in U.S. Currency;

    b.     a Magnum Research Inc. handgun, SN: 300812;

    c.     a Taurus 9 mm handgun, SN: TJC27030;

    d.     a Beretta .22 handgun, SN: BBS28238U;

    e.     a Ruger IC380 .380 caliber handgun, SN: 326-68792;

    f.     Miscellaneous ammunition;

  g. Miscellaneous firearm magazines;

 On March 31, 2022, this Court entered a First Amended Order of Criminal Forfeiture, which condemned and forfeited all right, title, and interest in AMANAL TIGABU ALI in the following properties pursuant to 21 U.S.C. § 853:

  a. Approximately $78,200 in U.S. Currency;
  b. a Magnum Research Inc. handgun, SN: 300812;
  c. a Taurus 9 mm handgun, SN: TJC27030;
  d. a Beretta .22 handgun, SN: BBS28238U;
  e. a Ruger IC380 .380 caliber handgun, SN: 326-68792;
  f. Miscellaneous ammunition;
  g. Miscellaneous firearm magazines;
  h. Approximately five (5) Apple iPhones;
  i. Approximately two (2) Samsung Galaxies.

 Prior to publication, the Government became aware of the quantities of the cellphones seized and forfeited were four (4) Apple iPhones and three (3) Samsung Galaxies and that the Magnum Research Inc. handgun was a Bernadelli P018, 9mm pistol, SN: 300812. Defendant had agreed in his plea agreement to the forfeiture of all property seized in connection with the case. Therefore, the Government published all the corrected descriptions.

 For thirty (30) consecutive days ending on May 5, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have an alleged interest in the forfeited properties; therefore, no one was provided with direct notice of forfeiture.

Thirty (30) days have passed the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of AMANAL TIGABU ALI and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America pursuant to Title 21, United States Code, Section 853(a):

a. Approximately $78,200 in U.S. Currency;
b. a Bernardelli, P018, 9mm pistol, SN: 300812;
c. a Taurus 9 mm handgun, SN: TJC27030;
d. a Beretta .22 handgun, SN: BBS28238U;
e. a Ruger IC380 .380 caliber handgun, SN: 326-68792;
f. Miscellaneous ammunition;
g. Miscellaneous firearm magazines;
h. Approximately four (4) Apple iPhones;
i. Approximately three (3) Samsung Galaxies

IT IS FURTHER ORDERED that costs incurred by the Federal Bureau of Investigation, United States Marshals Service, and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charged against the forfeited property.

//
//
//

IT IS FURTHER ORDERED that the Federal Bureau of Investigation and United States Marshals Service dispose of the properties forthwith in accordance with the law.

Dated: May 26, 2023

Hon. William Q. Hayes
United States District Court